1  Michael Bleicher (SBN 313892)
2  Michael.bleicher@zwillgen.com
   ZWILLGEN PLLC
3  1900 M Street NW, Suite 250
4  Washington, DC 20036
   Telephone: (202) 706-5251
5  Facsimile: (202) 706-5298

6
   *Attorneys for Defendant*
7  *FANDANGO MEDIA, LLC*

8
   Christin Cho (SBN 238173)
9  Christin@dovel.com
   DOVEL & LUNER, LLP
10 201 Santa Monica Blvd., Suite 600
11 Santa Monica, California 90401
   Telephone: (310) 656-7066
12 Facsimile: (310) 656-7069

13
   *Attorneys for Plaintiff*
14 *JONATHAN BEER*

15

16                   **UNITED STATES DISTRICT COURT**
17                   **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| JONATHAN BEER, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-03375 PA (AGRx) |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| FANDANGO MEDIA, LLC, | Complaint served: April 22, 2025 |
| Defendant. | Current response date: June 23, 2025 |
| | New response date: July 23, 2025 |
| | Assigned to: Judge Percy Anderson |
| | Referred to: Magistrate Judge Alicia G. Rosenberg |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS; CASE NO. 2:25-cv-03375 PA (AGRx)

This Joint Stipulation is made by and between Plaintiff Jonathan Beer ("Plaintiff") and Defendant Fandango Media, LLC ("Defendant") by and through their counsel (collectively, "Parties"), pursuant to Local Rule 8-3, and in light of the following facts:

WHEREAS, on April 16, 2025, Plaintiff filed his Complaint (the "Complaint") against Defendant;

WHEREAS, on April 22, 2025, Defendant was served a copy of the Complaint and Summons;

WHEREAS, on April 24, 2025, Defendant executed a waiver of service of summons;

WHEREAS, Defendant's current deadline to respond to the Complaint is June 23, 2025;

WHEREAS, counsel for Plaintiff and Defendant have agreed upon a 30-day extension of Defendant's time to respond to the Complaint through and including July 23, 2025 to facilitate possible early resolution of this matter;

WHEREAS, the requested extension for Defendant to respond to the Complaint is made in a timely fashion, in good faith, and not for any purpose of delay; the requested extension would not extend the time for more than a cumulative total of 30 days from the date the response initially would have been due; and granting this request for an extension of time will not prejudice any party to this matter;

WHEREAS, this is the Parties' first request for an extension of time;

WHEREFORE, given the foregoing, Plaintiff and Defendant have conferred and agree that good cause exists to extend Defendant's deadline to respond to the Complaint from June 23, 2025, to and including July 23, 2025.

# STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. Defendant's time to file a responsive pleading in this action shall be extended by 30 days through and including July 23, 2025;

2. This is the first extension of time in this case; and

3. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

Respectfully submitted,

Dated: June 23, 2025     **ZWILLGEN PLLC**

By: /s/ *Michael Bleicher*
Michael Bleicher (SBN 313892)
michael.bleicher@zwillgen.com
1900 M Street NW, Suite 250
Washington, D.C. 20036
T: (202) 706-5251

Attorney for Defendant
Fandango Media, LLC

Dated: June 23, 2025     **DOVEL & LUNER, LLP**

By: /s/ *Christin Cho*
Christin Cho (SBN 238173)
christin@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
T: (310) 656-7066

Attorney for Plaintiff
Jonathan Beer

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Joint Stipulation.

By: /s/ *Michael Bleicher*
     Michael Bleicher (SBN 313892)

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS; CASE NO. 2:25-cv-03375 PA (AGRx)