Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Vivek Kothari (Cal. Bar No. 262842)
vivek@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BEER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FANDANGO MEDIA, LLC,<br><br>*Defendant.* | Case No. 2:25-cv-03375 PA (AGRx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Jonathan Beer ("Plaintiff") hereby voluntarily dismisses, without prejudice, all claims against Defendant, Fandango Media, LLC.

Dated: July 16, 2025      Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
Vivek Kothari (Cal. Bar No. 262842)
vivek@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*